IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | : | MISC 06 -0175 |
| vs. | : | MISC. No. |
| ABRAHIM SALEH, Respondent | : | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America by its attorneys, Robert Clark Corrente, United States Attorney, and Michael P. Iannotti, Assistant U.S. Attorney complains as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons;

2. Shawn Skene is a Revenue Officer of the Internal Revenue Service employed in the Small Business/Self Employed Division of the office of the Area Director of Internal Revenue Service, 380 Westminster Street, 4th Floor, Providence, Rhode Island 02903, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg.§ 301.7602-1, 26 C.F.R. 301.7602-1;

3. Upon information and belief, the respondent, Abrahim Saleh, resides or may be found at 8 Howard Avenue, Pawtucket, Rhode Island 02860, within the jurisdiction of this Court.

4. Revenue Officer Shawn Skene is conducting an investigation of the tax liability of Abrahim Saleh for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and, December 31, 2004. See Declaration of Shawn Skene, attached to this Petition as Exhibit A.

5. Upon information and belief, the respondent, Abrahim Saleh, is in possession and control of testimony and documents that may be relevant to this investigation.

6. On August 29, 2005, an Internal Revenue Service summons was issued directing the respondent, Abrahim Saleh, to appear before Revenue Officer Shawn Skene on September 20, 2005,at 11:00 A.M. at the Internal Revenue Service, 380 Westminster Street, 4th Floor, Providence, Rhode Island 02903, to testify and to produce for examination books, papers, records, or other data described in the summons. See Summons, attached as Exhibit B. An attested copy of the summons was served on respondent Abrahim Saleh on August 29, 2005, by Revenue Officer Shawn Skene by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. See Exhibits A and B.

7. The respondent failed to appear on September 20, 2005. The respondent's noncompliance with the summons continues to this date. See Exhibit A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Exhibit A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records, or other data to properly determine the Federal tax liability of Abrahim Saleh, for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, and December 31, 2004.

THEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, Abrahim Saleh, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an Order directing the respondent, Abrahim Saleh, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony, and production of the books, papers, records, or other data before Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Shawn Skene or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza 8th FL
Providence, RI 02903
401/709-5000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner<br><br>V.<br><br>ABRAHIM SALEH,<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No. Misc. |

**DECLARATION OF REVENUE OFFICER**

I, Shawn Skene, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 380 Westminster Street, 4th floor, Providence, RI 02903. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Abrahim Saleh for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on August 29, 2005, an administrative summons to Abrahim Saleh to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on August 29, 2005, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Abrahim Saleh, by leaving an attested copy of the summons at the last and usual place of abode of the person to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On September 20, 2005, Abrahim Saleh failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

EXHIBIT A

6. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Abrahim Saleh for the period(s) ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2005.

[signature]
Shawn Skene
Revenue Officer

# Summons

In the matter of Abrahim Saleh, 8 Howard Ave, Pawtucket, RI 02860

Internal Revenue Service (Division): Small Business/Self Employed

Industry/Area (name or number): Small Business/Self Employed - SB/SE Field Area

Periods Calendar years ending December 31,2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004

## The Commissioner of Internal Revenue

To Abrahim Saleh
At 8 Howard Ave., Pawtucket, RI 02860

You are hereby summoned and required to appear before Shawn Skene, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) Calendar years ending December 31,2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, including but not limited to: statement of wages for the year(s) Calendar years ending December 31,2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, statements regarding interest or dividend income for the year(s) Calendar years ending December 31,2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004; employee earnings statements for the year(s) Calendar years ending December 31,2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004; records of deposits to bank accounts during the year(s) Calendar years ending December 31,2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) Calendar years ending December 31,2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004 (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

380 Westminster Street, 4th Floor, Providence (401)525-4195

**Place and time for appearance at:** 380 Westminster Street, 4th Floor, Providence

**on the** 20th **day of** September, 2005 **at** 11:00 **o'clock** A **m.**

**Issued under authority of the Internal Revenue Code this** 29th **day of** August, 2005

IRS
Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 2039(Rev. 12-2001)
Catalog Number 21405J

[signature] — Signature of Issuing Officer

**Revenue Officer** — Title

Signature of Approving Officer *(if applicable)*

Title

**Original -- to be kept by IRS**

EXHIBIT B

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 8/29/05 | 9:15 am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): at door

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: ____________ Time: ____________

Name of Noticee: ____________

Address of Noticee (if mailed): ____________

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |