4/13/06: THE WITHDRAWAL OF THE PETITION IS APPROVED WITHOUT PREJUDICE TO REFILING IN THE FUTURE. ORDER TO SHOW CAUSE VACATED.

USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APR 10 2006

UNITED STATES OF AMERICA,
Petitioner :

vs. : MISC. No. 06-017S

ABRAHIM SALEH,
Respondent :

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

Now comes the United States of America, by its attorneys, and withdraws its Petition to Enforce Internal Revenue Service Summons without prejudice for the reason that the United States Marshal's Service has been unable to effectuate service of process on the respondent (see copy of form USM-285 attached hereto).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

4/11/06

SCANNED